# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DEAN KNAPP,<br><br>Plaintiff,<br><br>v.<br><br>MADERA COUNTY DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No. 1:18-cv-00811-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENA DUCES TECUM WITHOUT PREJUDICE**<br><br>**(Doc. 9)** |

Plaintiff, Arthur Dean Knapp, is a prisoner proceeding *pro se* in this action under 42 U.S.C. § 1983. On September 18, 2018, Plaintiff filed a motion stating that "he is being denied legal documents, such as but not limited to photographs, incident reports, all statements, medical records from October 28, 2017, to December 1, 2017." (Doc. 9.) Plaintiff states he has been repeatedly denied copies of these items and has been told to have these documents subpoenaed by the court. (*Id.*) Thus, Plaintiff requests what appears to be a blank subpoena for Madera County Department of Corrections to provide him copies of the above documents.

Discovery has not opened in this action. Once discovery opens, subject to certain requirements, Plaintiff is entitled to subpoena documents, electronically stored information, and tangible things from a <u>nonparty</u>. Fed. R. Civ. P. 45. However, the Court will consider granting requests for a subpoena only if the documents or items sought are in the possession or control of a nonparty, are not within the defendants' control, and are not otherwise available to Plaintiff. Fed.

1

R. Civ. P. 34.  In addition, the Court <u>will not</u> issue blank subpoenas.  Plaintiff must instead specifically identify the documents sought, state from whom he seeks them, and demonstrate that the documents are discoverable in this action.

Based on the foregoing, Plaintiff's "Motion to Subpoena Legal Documents," filed on September 18, 2018, (Doc. 9), is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated:  **October 10, 2018**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE