# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DEAN KNAPP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MADERA COUNTY DEPARTMENT OF CORRECTIONS, et. al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00811-LJO-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF FOR LACK OF JURISDICTION**<br><br>**(Docs. 8, 12)** |

Plaintiff, Arthur Dean Knapp, is a pretrial detainee at the Madera County Department of Corrections proceeding *pro se* in this action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On October 10, 2018, the Magistrate Judge filed a Findings and Recommendation which was served on Plaintiff and allowed objections to the Findings and Recommendations to be filed within twenty-one days.

Plaintiff's objections do not raise legal authority to surpass the legal jurisdictional bar accurately identified in the Findings and Recommendations. As stated therein, the Court's jurisdiction is limited to the parties in this action and to the cognizable legal claims upon which it proceeds. *Summers v. Earth Island Institute*, 555 U.S. 488, 492-93 (2009); *Mayfield v. United States*, 599 F.3d 964, 969 (9th Cir. 2010). Plaintiff's motion must be denied for lack of jurisdiction since it is based on acts by persons who are not parties to this action.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

*de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on October 10, 2018 (Doc. 12), is adopted in full; and
2. Plaintiff's motion, filed on July 20, 2018 (Doc. 8) requesting access to "*pro per* phone lines" and the same legal items "provided to criminal *pro pers*," is denied for lack of jurisdiction.

IT IS SO ORDERED.

Dated: **December 3, 2018**              /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE