# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DEAN KNAPP,<br><br>Plaintiff,<br><br>v.<br><br>MADERA COUNTY DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No. 1:18-cv-00811-LJO-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION IN FULL AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF FOR LACK OF JURISDICTION**<br><br>(Docs. 26, 39) |

Plaintiff, Arthur Dean Knapp, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 7, 2019, the Magistrate Judge filed Findings and Recommendations to deny Plaintiff's motion for injunctive relief for lack of jurisdiction. (Doc. 39.) This was served on the parties and contained notice that objections were to be filed within twenty-one days. Neither side filed any objections. Local Rule 304(b), (d).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on June 7, 2019 (Doc. 39), is adopted in full; and
2. Plaintiff's motion for injunctive relief, filed on April 1, 2019, (Doc. 26), is DENIED for lack of jurisdiction.

IT IS SO ORDERED.

Dated: **July 12, 2019**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE