# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DEAN KNAPP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MADERA COUNTY DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00811-LJO-SKO (PC)<br><br>**ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER**<br><br>**[Doc. 43]**<br><br>**Discovery Cut-Off Deadline:　11/01/2019**<br>**Dispositive Motion Deadline:　1/10/2020** |

　　　　Plaintiff, Arthur Dean Knapp, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On September 5, 2019, Defendants filed a motion to modify the scheduling order to extend the discovery cut-off and dispositive motion deadlines. (Doc. 43.)  Defendants state Petitioner's deposition was to be taken on September 6, 2019, prior to the close of discovery on September 24, 2019.  However, Defendants were notified that Petitioner was recently transferred from North Kern State Prison, a medium security prison in Delano, California, to California Correctional Institution ("CCI"), a super-maximum security prison near Tehachapi, California.  For this reason, the deposition could not go forward as planned, and Defendants will need to re-notice Plaintiff's deposition at CCI.  The Court finds that these events provide good cause to extend the discovery cut-off and dispositive motion deadlines.

　　　　Accordingly, it is HEREBY ORDERED that Defendants' motion to modify the scheduling order (Doc. 43) is GRANTED. The discovery deadline is EXTENDED to November

1, 2019, and the dispositive motion filing deadline is EXTENDED to January 10, 2020.

IT IS SO ORDERED.

Dated: **September 10, 2019**     /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE