# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DEAN KNAPP,<br><br>Plaintiff,<br><br>v.<br><br>MADERA COUNTY DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No.: 1:18-cv-00811-LJO-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO VACATE DEADLINES AND DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS**<br><br>(Doc. 55) |

On December 20, 2019, Defendants filed a notice of settlement and motion to vacate all deadlines in this matter. (Doc. 55.) According to Local Rule 160, the parties must file dispositional documents within 21 days of such notice, absent good cause. Defendants state that, since Plaintiff is incarcerated at California Correctional Institution, a super-maximum security prison, the parties must communicate by mail. (Doc. 55 at 1.)

Based on the foregoing, the Court finds good cause to extend the deadline by which the parties must file dispositional documents.

Accordingly, the Court ORDERS:

1. The parties shall file documents disposing of this action by **February 7, 2020**.
2. All other deadlines in this action are VACATED.

IT IS SO ORDERED.

Dated: **January 7, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE