UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DEAN KNAPP,<br><br>   Plaintiff,<br><br>   v.<br><br>MADERA COUNTY DEPARTMENT OF CORRECTIONS, et al.,<br><br>   Defendants. | Case No.: 1:18-cv-00811-LJO-SKO<br><br>**FINDINGS AND RECOMMENDATIONS TO GRANT PLAINTIFF'S MOTION TO DISMISS CASE**<br><br>(Doc. 57) |

On December 20, 2019, Defendants filed a notice of settlement in this action. (Doc. 55.) The Court ordered the parties to file dispositional documents by February 7, 2020. (Doc. 56.)

On January 21, 2020, Plaintiff filed a motion to dismiss this action with prejudice, pursuant to the parties' settlement. (Doc. 57.) Since the request for dismissal is made by Plaintiff's motion, and not by stipulation signed by both parties, this case may be dismissed only upon court order. *See* Fed. R. Civ. P. 41(a)(2).

Accordingly, the Court recommends that this action be dismissed with prejudice. These findings and recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days of the date of service of these findings and recommendations, the parties may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and

Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **January 23, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE